# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Ronald Brostrom            CHAPTER 7

<u>Debtor(s)</u>

BKY. NO. 23-12480 PMM

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of CSMC 2018-SP2 TRUST and index same on the master mailing list.

                    Respectfully submitted,

/s/ *Michael Farrington*

Michael Farrington
25 Aug 2023, 10:23:45, EDT

      KML Law Group, P.C.
      701 Market Street, Suite 5000
      Philadelphia, PA 19106-1532
      (215) 627-1322