**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Ronald Brostrom                           *

                                                 *       Case No.  23-12480-PMM
                                                 *              (Ch. 7)

        Debtor(s)                                *

**STATEMENT UNDER PENALTY OF PERJURY CONCERNING
PAYMENT ADVICES DUE PURSUANT TO 11 U.S.C. § 521(a)(1)(B)(iv)**

_____

    I, Ronald Brostrom _____(Debtor's name), state that I did not provide copies
of all payment advices or other evidence of payment received within 60 days before the date of
the filing of the petition, by me from any employer because:

        ✓ (1) I was not employed during the period immediately preceding the filing of the
above-referenced case _____ (state the dates that you were not employed);

        _____ (2) I was employed during the period immediately preceding the filing of the
above-referenced case but did not receive any payment advices or other evidence of payment
from my employer within 60 days before the filing of the petition;

        _____ (3) I am self employed and do not receive any evidence of payment;

        _____ (4) Other (please explain) _____.


    I declare under penalty of perjury that I have read the foregoing statements and that they
are true and accurate to the best of my knowledge, information and belief.

    Dated this     4     day of     9     , 20 23

    _____ (Signature of Debtor)
                Debtor