# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Ronald Brostrom | | CHAPTER 7 |
| Debtor(s) | | |
| CSMC 2018-SP2 TRUST | | |
| Movant | | |
| vs. | | NO. 23-12480 PMM |
| Ronald Brostrom | | |
| Debtor(s) | | |
| Christine C. Shubert | | |
| Trustee | | 11 U.S.C. Section 362 |

## ORDER

AND NOW, this 21st day of September, 2023 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. Section 362, is modified and annulled to allow CSMC 2018-SP2 TRUST and its successor in title to proceed with the ejectment action regarding the premises 2655 S Chester Springs Road Chester Springs, PA 19425. Furthermore, further bankruptcy filings by either Debtor(s) and/or Occupants for a period of one hundred eighty (180) days hereof will not prevent the Movant from proceeding with its ejectment action. The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

*Patricia M. Mayer*

Hon. Patricia M. Mayer
United States Bankruptcy Court

Ronald Brostrom
2655 S. Chester Springs Road
Chester Springs, PA 19425

John A. Gagliardi, Esq.
One S. Church Street (VIA ECF)
Suite 400
West Chester, PA 19382

Christine C. Shubert
821 Wesley Avenue
Ocean City, NJ 08226

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532