United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-12480-pmm |
| Ronald Brostrom | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 22, 2023 | Form ID: pdf900 | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 24, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ronald Brostrom, 2655 S. Chester Springs Road, Chester Springs, PA 19425-3715 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Sep 22 2023 23:36:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 22 2023 23:36:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 24, 2023          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 22, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHRISTINE C. SHUBERT | christine.shubert@comcast.net J100@ecfcbis.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor CSMC 2018-SP2 Trust bkgroup@kmllawgroup.com |

District/off: 0313-2 | User: admin | Page 2 of 2

Date Rcvd: Sep 22, 2023 | Form ID: pdf900 | Total Noticed: 3

JOHN A. GAGLIARDI
   on behalf of Debtor Ronald Brostrom jgagliardi@wgflaw.com

MICHAEL PATRICK FARRINGTON
   on behalf of Creditor CSMC 2018-SP2 Trust mfarrington@kmllawgroup.com

United States Trustee
   USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  Ronald Brostrom <br> <u>Debtor(s)</u> | | CHAPTER 7 |
| CSMC 2018-SP2 TRUST <br> <u>Movant</u> <br> vs. <br> Ronald Brostrom <br> <u>Debtor(s)</u> | | NO. 23-12480 PMM |
| Christine C. Shubert <br> <u>Trustee</u> | | 11 U.S.C. Section 362 |

**<u>ORDER</u>**

AND NOW, this 21st day of September, 2023 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. Section 362, is modified and annulled to allow CSMC 2018-SP2 TRUST and its successor in title to proceed with the ejectment action regarding the premises 2655 S Chester Springs Road Chester Springs, PA 19425.  Furthermore, further bankruptcy filings by either Debtor(s) and/or Occupants for a period of one hundred eighty (180) days hereof will not prevent the Movant from proceeding with its ejectment action.  The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

*Patricia M. Mayer*

Hon. Patricia M. Mayer
United States Bankruptcy Court

Ronald Brostrom
2655 S. Chester Springs Road
Chester Springs, PA 19425

John A. Gagliardi, Esq.
One S. Church Street (VIA ECF)
Suite 400
West Chester, PA 19382

Christine C. Shubert
821 Wesley Avenue
Ocean City, NJ 08226

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532