Certificate Number: 14912-PAE-DE-037939114

Bankruptcy Case Number: 23-12480



14912-PAE-DE-037939114

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 14, 2023, at 9:38 o'clock AM EST, Ron Brostrom completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   November 14, 2023              By:    /s/Jai Bhatt

                                        Name:  Jai Bhatt

                                        Title: Counselor